

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-17-00365-CV

**WELLINGTON INSURANCE COMPANY** and Richard Barkumme,
Appellants

v.

Victor **BANUELOS**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVF001922D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The appellants' unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to September 6, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk